UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL RODNEY REIGER,<br><br>　　　　　　　　Defendant. | Case No. 2:14-cr-0380-APG-NJK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS** |

　　　　On April 3, 2015, defendant Michael Reiger filed a motion to suppress all physical evidence seized during the inventory search of his pickup truck. (Dkt. #11.) On May 14, 2015, Magistrate Judge Koppe entered her Report and Recommendation recommending that the motion to suppress be denied. (Dkt. #18.) Pursuant to Local Rule IB 3-2, any objection to the Report and Recommendation had to be filed in writing within 14 days. To date, no objection has been filed. I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Ninth Circuit has confirmed that a district court is not required to review a magistrate judge's report and recommendation where no objection has been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D.Ariz. 2003) (Based on *Thomas* and *Reyna–Tapia*, "district courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection."). Because there is no objection to the magistrate judge's recommendation, I may accept the recommendation without review.

　　　　Nevertheless, I have conducted a *de novo* review of the motion to suppress and related papers and I accept Magistrate Judge Koppe's Report and Recommendation. The Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. I also agree with the Government's position (adopted by Magistrate Judge Koppe) that no evidentiary

hearing was required because the parties' papers did not raise any disputed factual issues regarding the lawfulness of the search. (Dkt. #14 at 4:9-10. *See also*, Case No. 2:14-cr-249, Dkt. #515 at 6-8, #519.)  Good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Koppe's Report and Recommendation is accepted and approved.

Dated:  June 3, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE