**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff(s),<br><br>vs.<br><br>MICHAEL RODNEY REIGER,<br><br>                  Defendant(s). | Case No. 2:14-cr-00380-APG-NJK<br><br>ORDER<br><br>(Docket No. 23) |

      Pending before the Court is a motion to withdraw as counsel.  Docket No. 23.  The Court hereby SETS a hearing on that motion for 9:30 a.m. on July 27, 2015, in Courtroom 3C.

      IT IS SO ORDERED.

      DATED:   July 21, 2015

                                        _____<br>                                      NANCY J. KOPPE<br>                                      United States Magistrate Judge